UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHIPCO TRANSPORT, INC.,

                    Plaintiff,

          - against -

SGS LOGISTICS SERVICES, INC.,

                    Defendant.
------------------------------------------------------------x



08 Civ. 10675 (RMB)

**ADMINISTRATIVE ORDER**

      This case having been reassigned from Judge Lynch to the undersigned, the parties are hereby directed to appear before the Court for a status conference to discuss, among other things, Plaintiffs' proposed motion for summary judgment, on Thursday, October 22, 2009 at 9:30 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       October 8, 2009

                                                  _/s/ RMB_
                                          RICHARD M. BERMAN, U.S.D.J.