```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHIPCO TRANSPORT, INC.,             :

            Plaintiff,              :     ORDER

       -against-                    :     08 Civ. 10675 (RMB)(MHD)

SGS LOGISTICS SERVICES, INC.,       :

            Defendant.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pretrial conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. The parties are to serve their initial disclosures, to the extent that they have not already been completed, by **NOVEMBER 9, 2009.**

2. Plaintiff is to serve any interrogatories and document requests by **NOVEMBER 9, 2009.**

3. Plaintiff is to make the documents requested in defendant's document requests available by **NOVEMBER 12, 2009.**

4. Plaintiff is to respond to defendant's interrogatories by **NOVEMBER 12, 2009.**

5. Defendant is to designate its expert witnesses, if any, and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **FEBRUARY 1, 2010.**

6. All remaining expert witness discovery is to be completed by **FEBRUARY 22, 2010.**

**Dated: New York, New York**
       **November 5, 2009**

                                    SO ORDERED.

                                    _____
                                    **MICHAEL H. DOLINGER**
                                    **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Stephen N. Dratch, Esq.
Franzlau Dratch, P.C.
233 Broadway, Suite 2701
New York, NY 10279

Timothy D. Barrow, Esq.
Law Offices of Timothy D. Barrow
233 Broadway, Suite 848
New York, NY 10279